```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 16684
   REGINA A LATIMER
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-8162


-----------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 12/17/2006 and was confirmed 03/09/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 11/07/2007.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
-----------------------------------------------------------------------------
ASSET ACCEPTANCE LLC       UNSECURED         149.42           .00           .00
NATIONAL CAPITAL MANAGEM   SECURED VEHIC    3700.00        112.90        607.74
COLLECTION COMPANY OF AM   UNSECURED       NOT FILED          .00           .00
CREDIT PROTECTION ASSOCI   UNSECURED       NOT FILED          .00           .00
CREDIT COLLECTION SERVIC   UNSECURED       NOT FILED          .00           .00
HARVARD COLLECTION SERVI   UNSECURED       NOT FILED          .00           .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         776.80           .00           .00
MRSI                       UNSECURED        2618.40           .00           .00
NCO COLLECTION AGENCY      UNSECURED       NOT FILED          .00           .00
PARK DANSAN                UNSECURED       NOT FILED          .00           .00
PARK DANSAN COLLECTIONS    UNSECURED       NOT FILED          .00           .00
TRUST REC SV               UNSECURED       NOT FILED          .00           .00
CITIFINANCIAL AUTO CREDI   UNSECURED        4423.87           .00           .00
ASSET ACCEPTANCE LLC       UNSECURED         111.82           .00           .00
ASSET ACCEPTANCE LLC       UNSECURED        1676.89           .00           .00
ILLINOIS DEPT OF REV       UNSECURED            .00           .00           .00
INTERNAL REVENUE SERVICE   UNSECURED       31005.63           .00           .00
MIDLAND CREDIT MANAGEMEN   UNSECURED         193.99           .00           .00
PEOPLES GAS LIGHT & COKE   UNSECURED       NOT FILED          .00           .00
PFG OF MINNESOTA           UNSECURED       NOT FILED          .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         683.21           .00           .00
TRUMAN COLLEGE             UNSECURED       NOT FILED          .00           .00
SPRINT PCS                 UNSECURED         536.67           .00           .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         300.32           .00           .00
ILLINOIS DEPT OF REV       PRIORITY            .00            .00           .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT      9.00            .00          9.00
WORLDWIDE ASSET PURCHASI   UNSECURED        1686.24           .00           .00
ILLINOIS DEPT OF REV       PRIORITY         166.61            .00           .00
ILLINOIS DEPT OF REV       UNSECURED        1389.98           .00           .00
INTERNAL REVENUE SERVICE   PRIORITY       34616.63            .00           .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     2,500.00                       482.81
TOM VAUGHN                 TRUSTEE                                         81.74

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 16684 REGINA A LATIMER
```

```
DEBTOR REFUND           REFUND                                          137.03

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 1,431.22

PRIORITY                                            9.00
SECURED                                           607.74
     INTEREST                                     112.90
UNSECURED                                            .00
ADMINISTRATIVE                                    482.81
TRUSTEE COMPENSATION                               81.74
DEBTOR REFUND                                     137.03
                        ---------------    ---------------
TOTALS                  1,431.22                1,431.22
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
     Dated: 02/27/08               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE